**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:22-CR-00060- |
| | § | SDJ-AGD |
| JUSTIN EAVES (1) | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Now before the court is the request for revocation of Defendant Justin Eaves' ("Defendant") supervised release. After the District Judge referred the matter to this court for a report and recommendation, the court conducted a hearing on September 21, 2023, to determine whether Defendant violated his supervised release. Defendant was represented by Douglass Schopmeyer of the Federal Public Defender's Office. The Government was represented by Andrew Stover.

Defendant was sentenced on July 14, 2017, before The Honorable Travis R. McDonough of the Eastern District of Tennessee after pleading guilty to the offense of Conspiracy to Possess with Intent to Distribute 50 Grams or More of Methamphetamine (Actual), a Class A felony. This offense carried a statutory maximum imprisonment term of Life. The original guideline imprisonment range, based on a total offense level of 31 and a criminal history category of II, was 121 to 151 months. Defendant was subsequently sentenced to 144 months imprisonment, followed by a 5-year term of supervised release, subject to the standard conditions of release, plus special conditions to include a search condition, substance abuse testing and treatment, and a $100 special assessment. On July 26, 2021, Defendant completed his period of imprisonment and began service of the supervision term. On February 17, 2022, this case was reassigned to The Honorable Sean D. Jordan, U.S. District Judge for the Eastern District of Texas.

REPORT AND RECOMMENDATION – Page 1

On March 29, 2023, the United States Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision (Dkt. #2, Sealed).  The Petition asserts that Defendant violated four (4) conditions of supervision, as follows: (1) The defendant shall not commit another federal, state, or local crime; (2) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician; (3) The defendant shall refrain from any unlawful use of a controlled substance; and (4) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician (Dkt. #2 at pp. 1–2, Sealed).

The Petition alleges that Defendant committed the following acts: (1) On November 15, 2022, the Fate, Texas, Police Department initiated a traffic stop on a vehicle that was later determined to be driven by Defendant. Prior to making contact with Defendant, police observed Defendant failing to stop the vehicle after passing multiple safe spots and then throwing something out of the driver and passenger side window. During questioning, police found a purple Crown Royal bag on the passenger seat containing drug paraphernalia. Police searched the area and found a marijuana pipe in the area where Defendant was observed throwing something out of the window. Defendant was placed under arrest and charged with the felony offenses of Tamper/Fabricate Phys Evid W/Intent to Impair, in violation of Texas Penal Code § 37.09(c); Evading Arrest Det W/Vehicle in violation of Texas Penal Code § 38.04(b)(2)(A); and the misdemeanor offense of Possession of Drug Paraphernalia, in violation of Texas Penal Code § 481.125(d). On December 2, 2022, Defendant pled No Contest to the misdemeanor charge of Possession of Drug Paraphernalia in Rockwall County Municipal Court under Case No. 33563-1 and was placed on

deferred disposition for 90 days, beginning December 2, 2022, and ending on March 2, 2023, and ordered to pay $385 in fine and court costs. During the disposition dates, Defendant was not to commit any other violations of the law and complete a Drug Awareness Course. Defendant was subsequently indicted for the charges of Tamper/Fabricate Phys Evidence W/Intent to Impair (3rd Degree Felony) and Evading Arrest Detention W/Vehicle (3rd Degree Felony) in the 439th Judicial District Court in Rockwall County, Texas. As of the Petition (Dkt. #2, Sealed), a court date had not been determined and the charges remained pending; (2) On September 24, 2021, Defendant reported to the U.S. Probation Office and admitted verbally and in writing to ingesting THC gummies during a social gathering on September 22, 2021; and (3) On October 5, 2021, October 22, 2021, and November 3, 2021, Defendant reported to the U.S. Probation Office and submitted urine specimens, which all tested positive for marijuana use. The specimens were confirmed positive for marijuana by Alere Toxicology Inc. On February 10, 2023, a home visit was conducted, and Defendant provided a urine specimen, which tested positive for marijuana use. Prior to the test, Defendant verbally admitted to using marijuana. The specimen was confirmed positive for marijuana use by Alere Toxicology Inc. on February 16, 2023.

Prior to the Government putting on its case at the final revocation hearing, Defendant entered a plea of true to allegations 1, 2, 3, and 4 of the Petition. Having considered the Petition and the plea of true to allegations 1, 2, 3, and 4, the court finds that Defendant did violate his conditions of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this court.

## <u>RECOMMENDATION</u>

Pursuant to the Sentencing Reform Act of 1984, the court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of imprisonment of four (4) months to run consecutive to his state convictions, with a term of three (3) years of supervised release to follow.

The court also recommends that Defendant be housed in the Bureau of Prisons facility in the Northern Alabama area, if appropriate.

**SIGNED this 20th day of October, 2023.**


_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE